**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FELICIANO MEJIA ANDRES,

    Petitioner

v.

TODD BLANCHE, et al.,

    Respondents

Case No.: 2:26-cv-01333-APG-DJA

**Order Dismissing Case as Duplicative**

I ORDER that this case is DISMISSED as duplicative of *Mejia v. Leyva*, 2:26-cv-01282-RFB-EJY.  The clerk of court is instructed to close this case.

DATED this 1st day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE